UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

JAMAR O. KELLYMAN, C/O
JAMAR KELLYMAN- LIVING
MAN;

    Plaintiff,

v.

Case No. 2:24-cv-287-JLB-KCD

FAIRWAY INDEPENDENT
MORTGAGE CO., ITS AGENTS
ITS ATTORNEY(S) OF RECORD,
ET AL;

    Defendant,
_____/

## ORDER

Defendant Fairway Independent Mortgage Co. moves "to suspend the mediation requirement and stay unexpired case management and scheduling order deadlines pending a ruling on [its] motion to dismiss." (Doc. 38 at 1.) Plaintiff has not responded, and the time to do so expired. The Court thus considers the matter unopposed. *See* Local Rule 3.01(c).

"Federal courts . . . have the broad discretion to stay proceedings as part of their inherent authority to control their docket." *Riley v. Rutherford*, No. 3:10-CV-644-J-34MCR, 2010 WL 4054140, at *1 (M.D. Fla. Oct. 15, 2010). Considering the arguments presented, and with no opposition, a stay is appropriate. Fairway's pending motion is likely dispositive, thus obviating

the need for protracted litigation. As the Court previously recognized, "Plaintiff has raised claims that have been repeatedly rejected by the courts to avoid repayment of a mortgage he seeks not to repay." (Doc. 30 at 13.)

Accordingly, Fairway's motion (Doc. 38) is **GRANTED**. All remaining deadlines in the Court's scheduling order are suspended, and the Clerk is directed to add a stay flag to this case.

**ORDERED** in Fort Myers, Florida on August 12, 2025.

Kyle C. Dudek
United States Magistrate Judge